FORM A

6/3/2024
8AM

FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

Olen James Brown

(Enter above the **FULL** name and inmate number of the plaintiff or plaintiffs in this action)

**RECEIVED**

JUN 17 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

vs.

State of Iowa
Wapello County
Police Department

**COMPLAINT**

(Enter above the **FULL** name of each defendant in this action)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for EACH plaintiff by name, using a separate sheet of paper.)

I. Previous Lawsuits:

  A. Have you begun other lawsuits in State or Federal Court dealing with the <u>same facts</u> involved in this action or otherwise relating to your imprisonment?
  Yes (✓)  No ( )

  B. If your answer to **A** is Yes, please answer questions 1 thru 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

  1. Parties to this previous lawsuit

Page 1 of 4

Plaintiffs Olen James Brown
Defendants State of Iowa Wapello County Police dept

2. Court (if Federal Court, name the district; if State Court, name the county)
Wapello County

3. Docket Number None

4. Name of Judge to whom the case was assigned None

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) None

6. Approximate date of filing lawsuit None

7. Approximate date of disposition None

II. Place of present confinement NCCF Rockwell City

A. Is there a prisoner grievance system in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is Yes,
1. What steps did you take? None

2. What was the result? None

D. If your answer is No, explain why not There was no grievance system outside D.O.C.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)
1. What steps did you take? None

2. What was the result? None

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiff(s), if any.)

A. Name of Plaintiff Olen James Brown
Address 313 lanedale Rockwell city 50579

B. Additional plaintiffs none

(In item C below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant State of Iowa Wapello county Police
is employed as law enforcement
at Wapello county, Ottumwa IA

D. Additional defendants Parmentir ~~Red~~, Shaw derick
Buddy Hurst, Cheif Bell
Jefferson County Deputy Smith

IV. Jurisdiction
This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343. Plaintiff(s) allege(s) the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

V. **Statement of claim**
(State here as briefly as possible the **FACTS** of your case. You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

See Attached Paper
Part V

VI. (State briefly <u>exactly what you want the Court to do for you</u>. Make no legal arguments. **Do not cite cases or statutes.**)

I would like the courts help in recieving finacial compensation I regards to my case.

VII. Statement Regarding Assistance in Preparing this Complaint
    A. Did any person other than a named plaintiff in this action assist you in preparing this complaint? Yes ( ) No (✓)
    B. If your answer is **Yes** name the person who assisted you. _None_
    C. Signature of person who helped prepare complaint.

(Signature) _None_  (Date) _None_

VIII. **Signature(s) of Plaintiff(s)**

Signed the _25_ day of _May_, 20 _24_.

(Signature of Plaintiff) _[signature]_

Signatures of additional plaintiffs, if any:

_None_

On November 12th 2023 early morning hours I walked into the Ottumwa Police Department and went in to speak with an Ottumwa Police Officer about arresting another Officer by the name of Officer Parmentier, when I was asked why by the Ottumwa Dispatch I then stated that it was because my brother is missing. (This is not the only time that I have asked for this Officer to be taken into custody either) At that time dispatch told me that my brother is not missing, that is when I hung the phone receiver up and walked out-side.

February 14th 2023 my brother was said to be taken pictures of little girls from a guy by the name of Jessie McDarment who works at the Quincy Place Mall in Ottumwa Iowa, an officer Buddy Harsh was to the scene who then took my brother Loren R. Brown into custody for disorderly conduct.

At a later time on February 14th 2023 is when the same said Officer Buddy Harsh took me into custody and that is when I was told this had been the reason why my brother was going to jail and that is labeling/slandering/profiling him and do to his situation which can be checked out but the Kansas City Physcratiric health centers in Kansas City Mo. Area as well as the Ottumwa Hospital in Ottumwa Iowa and his health condition of not being able to hear and bad heart conditions and it place's his life in danger with him being profiled by the Ottumwa Police Department taking my brother into custody at approximant location of Quince Place Mall in Ottumwa Iowa 52501. This is where AGIN 033058 Count I came in.

March 1st or 3rd 2023 I called the Jefferson County Sheriff's Department to have them come out to 1561 Jefferson Street, Abingdon Iowa 52533 where my brother Loren Reilly Brown lives to come get my brother to return him back to our homestead do to his life being in danger. It was Deputy Smith telling K-9 Deputy Rysdamn that Loren R. Brown wanted a break. That was the last day that I heard or seen of my brother. It was a later time that I filed a missing person with Deputy Smith who is a Deputy with the Jefferson County Sheriff's Office in Fairfield Jefferson County Iowa 52556. Some-time after that is when I called the Clark County Sheriff's office to find out that the missing person for Loren R. Brown wasn't no longer there. At this-time I contacted the Ottumwa Police Department, upon doing so it was Officer Parmentier who told me then that my brother was not missing and that I could not put a missing person in on him yet there was a warrant out of Wapello County City of Ottumwa far failure to appear and to this day still is an open warrant and this Officer Parmentier allowed my cousin Courtney Stewart who I don't talk to be allowed to be the contact person for Loren R. Brown, nor does he reside in Wapello County.

In July 2023 I called the Kansas City Missing Person Unit and talked with an Officer there and filed a missing person at one time I found out that he had a residence in Belton Mo but as of this date I do not know if his wear-a-bouts has been located, it was also this time when my other attorney Nicole

1

Jensen put a flash drive of the discovery AGIN0033058 Count I & II in my had of the February 14th 2023 arrest of my brother Loren R. Brown and I arrest.

Sometime after in August 2023, I was arrested by another Ottumwa Police Officer Derik Shaw when he came into a home not of my own and it was at this time he was doing a raid of the home and he seen a bag of my tobacco on a chair I was sleeping in and when it was said that it was marijuana is when made the comment it wasn't and that is when he said then charge him with the bong, (Discovery SMSM048882) it was also some time earlier that this same officer said that it was irrelevant on my brothers location in a conversation on night at a Hy-Vee gas station in Ottumwa . I was taken to the Ottumwa Police Station and rushed out prior to the owners of the home coming in to the jail the time of the raid.

On this November 12th 2023 early morning hours after walking out of the Ottumwa Police Department and seeing the said Officer backing his patrol car up into the parking lot of the Ottumwa Police Station is when I decided to approach this said Officer. Upon doing so he was getting out of his patrol cruiser and upon doing so I said what does dispatch know anything about my brother? That is when Officer Yeager said "Olen You have a warrant." "No I don't Judge Daily lifted the warrant November 8th 2023." Again he said, "Olen you have a warrant," and that is when he reached out to take me into custody, when doing so that is when I reached out and struck Officer Yeager, as he became aware of his situation that is when he pulled his tazzer and told me to get on the ground when I told him that I was calm he ordered it again just as six (6) more officers came out of the Police Department is when he tazzed me. (two –three hours earlier I seen a Jefferson County Deputy at the Batavia BP Station in Batavia Iowa where the said Deputy Barnett seen me walk away from him after asking him if his commanding officer Sheriff Bart Richmond was ever going to do anything about officer Parmentier lying about my brother being missing). Upon getting me into booking at the Ottumwa Police Station that is when I asked another officer if there was a warrant, that is when I was told no there wasn't.

Later that morning in booking as the magistrate came in it was Officer Parmentier who came into booking and told me that if I was to go to Quincy Place Mall again I would be getting trespassing charges. That is also when I found out that I had been charged with a 3rd third squint charge for having marijuana. Shortly after being placed in jail on this November 12th 2023 day is when I asked for a pre-trial release. It was denied by my attorney James Underwood. I then asked for a bond reduction and when doing so it was me who told Mr. Underwood on a client attorney visit when he came to see me that I had a hearing the same day for a bond reduction. It was reduced from 9000 cash only to 7000 cash or absurdity in which on December 8th 2023 I bonded out with Out's Bail Bonds bonding me out as Kerrie Steen the bond payee bonding me out. Upon my released I was told that I needed to sign up for Pre-trial. On December 9th 2023 I got signed up with P.O. Adam Humble out of Jefferson County Iowa Department of Corrections, I done my evaluation with Seida community action in Ottumwa Iowa to get put on a treatment bed (This is something the Sheriff of Jefferson County wanted me to do, to go to treatment not jail or prison). Upon meeting with Adam Humble, I showed him the video clip from the discovery that Nicole Jensen handed to me with my brother Loren R. Brown AGIN033058 Count II, and it does show of my brother's arrest on February 14th 2023 at Quincey Place Mall, where he was again slandered/profiled/labeled and yet arrested on disorderly conduct. (My brother did indeed take a whole bottle of Adderall at some point in his life years prior to this which makes his condition even that much

more evident that he does not know what he is doing or aware of his surroundings). Also while out on bond it was Chris (License Reinstatement Program Lady) at the Jefferson County Attorney's office that said that my brother had passed away, and it was after I showed her the same video clip that I showed Adam Humble of the 8th Department of Corrections Parole/Probation/Pre-trial officer in Jefferson County Iowa who just labeled/slandered/Profiled me.

On January 28th 2024 I was arrested and getting to booking in Ottumwa Jail I called the Kansas City Missing Person Unit in Kansas City Mo to let them know that I was back in custody. I was put back in jail with a 5000 cash only bond and set in jail tell my trial April 8th 2024 where in this time James Underwood refused to come talk to me at the jail, he refused to answer my calls, I have written the said Judge Daily and asked for not only him but Nicole Jensen to be removed from my case. James Underwood would not let me bring these discoveries AGIN033058 and/or SMSM048882 into this case. I have 7 other cases open going back as far as October 1st 2022. My trail information came out December 13th 2023 and that put my 45-day mark for trial on March 20th 2024 (as well as all of these other cases, AGIN0033011, AGIN033058 I & II, SMSM047670, SMSM08048, SMSM048084, SRIN032727, NTA0072299, AGIN033627, SMSM048882. I wanted to run these case number(s) with this FECR014527). James Underwood and Nicole Jensen (Attorney's) as well as Kia a jail correctional officer to be-little me in the Jury room to debate my metal state to decide to have a Mental Health Competency Hearing (I was told that that none of these other cases had nothing to do with this case and that I shouldn't worry about my brother) on March 27th seven days after my 45th day is up as well as my Pre-trail date was supposed to be taken care of.

After my trail on April 8th 2024 I asked for this appeal and all of my other legal work from both of my said attorney's in all of these cases, and I am still waiting for them. I also said that in my sentencing April 11th 2024 that I wanted to take all of my open cases to trial and that when the Wapello County Attorney Scott Hastings wanted to dismiss SMSM048882. It is also when he wanted to resubmit the FECR014527 back for further proceedings set for 06/04/2024 under Case No: SMSM09177. On April 15th 2024 Magistrate Judge dismissed this said case. Do to STAND YOUR GROWND clause.

3

Glen Bowman

North Central Correctional Facility
313 LANEDALE
ROCKWELL CITY IA 50579-7464

GATED & CLEARED BY U.S.M.S.

DES MOINES IA 500

13 JUN 2024 PM 4 L

Clerk - U.S. District Court
P.O. Box 9344
Des Moines Ia 50306-9344

50306-934444